JULIA M. HOLDEN-DAVIS
Alaska Bar No. 0310046
GARVEY SCHUBERT BARER
2550 Denali Street, Suite 1502
Anchorage, Alaska 99503-2753
Telephone: (907) 258 2400
Facsimile: (907) 258 2401
Email: jdavis@gsblaw.com
Attorneys for Neeser Construction, Inc.,
Inuit-NCI JV, Safeco Ins. Co. of America and General
Insurance Co. of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of ALL WALL CONTRACTING, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>INUIT-NCI JV, an Alaska joint venture; SAFECO INS. CO. OF AMERICA and GENERAL INSURANCE CO. OF AMERICA, co-sureties on Bond No. 6648169; and NEESER CONSTRUCTION, INC.,<br><br>Defendants. | Case No. 3:13-cv-00209-RRB<br><br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| NEESER CONSTRUCTION, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ALL WALL CONTRACTING, INC. and DEVELOPERS SURETY AND INDEMNITY COMPANY,<br><br>Third-Party Defendant. | |

Plaintiff United States of America, for the use and benefit of All Wall Contracting, Inc., Defendants Neeser Construction, Inc., Inuit-NCI JV, Safeco Ins. Co. of America and General Insurance Co. of America, Third-Party Plaintiff Neeser Construction, Inc., and Third-Party Defendants All Wall Contracting, Inc. and Developers Surety and Indemnity Company, by and through their undersigned counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of the above-captioned lawsuit, with each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED: ~~April~~ May 8 2015

                        GARVEY SCHUBERT BARER
                        Attorneys for Neeser Construction, Inc., Inuit-NCI JV, Safeco Ins. Co. Of America and General Insurance Co. of America

                        _/s/ Peter Sullivan (for)_
                        Julia M.I. Holden-Davis
                        2550 Denali Street, Suite 1502
                        Anchorage, Alaska 99503-2753
                        Telephone: (907) 258-2400
                        Facsimile: (907) 258-2401
                        Email: jdavis@gsblaw.com
                        Alaska Bar No. 0310046

DATED: April 24, 2015

CAMPBELL & BISSELL, PLLC
Attorneys for All Wall Contracting, Inc.

_____
Michael S. Bissell
820 W. 7th Avenue
Spokane, WA 99204
Telephone: (509) 455-7100
Facsimile: (509) 455-7111
Email: mbissell@campbell-bissell.com
Alaska Bar No. 9605009

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all the following counsel of record:

Michael S. Bissell
Campbell & Bissell, PLLC
820 W. 7th Ave.
Spokane, WA 99204
mbissell@campbell-bissell.com

s/ Julia Holden-Davis

GSB:7033667.1 [18014.01200]

*All Wall Contracting, Inc. v. Inuit-NCI, JV*
Case No. 3:13-cv-00209-RRB

STIPULATION FOR DISMISSAL WITH PREJUDICE

-3-